UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANN NINA PRIZZI,

      Plaintiff,

v.                                   Case No:  2:17-cv-86-FtM-99CM

RODES FARMS, INC.,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on review of the file.  A review of the Complaint (Doc. 1) reflects counts unrelated to claims for overtime wages under the Fair Labor Standards Act (FLSA).  Count I and Count II allege retaliatory discharge under the FLSA and a Florida Statute.  In light of the claims in this case, the Court finds that the case should proceed under a regular civil Track Two Notice.  Therefore, the stay of the requirement to file a Case Management Report in the Related Case Order and FLSA Track Two Notice (Doc. 3) will be lifted so that the parties may proceed with the submission of a Case Management Report.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

1.      The Related Case Order and FLSA Track Two Notice (Doc. 3) is **vacated** and the stay is lifted.

2.      The Clerk shall issue an Amended Related Case Order and Track Two Notice immediately.   If the parties previously filed their Notice of Pendency of Other Actions, they are not required to re-file or file Amended Notices to comply with the Amended Related Case Order and Track Two Notice.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of April, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record